UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PETROBRAS SECURITIES LITIGATION

This Document Applies to:

*Dodge & Cox International Stock Fund, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*,
No. 15-cv-10111 (JSR)

No. 14-cv-9662 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/16

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (a) Plaintiffs Dodge & Cox International Stock Fund, Dodge & Cox Global Stock Fund, Dodge & Cox Worldwide Funds plc – Global Stock Fund, Dodge & Cox Income Fund, and Dodge & Cox Balanced Fund; and (b) Defendants Petróleo Brasileiro S.A. – Petrobras, Petrobras Global Finance B.V. (corporate successor to Petrobras International Finance Company S.A.), Petrobras America Inc., Almir Guilherme Barbassa, José Carlos Cosenza, Guilherme de Oliveira Estrella, José Miranda Formigli Filho, and Theodore Marshall Helms, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: October 26, 2016

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: _____
Steven E. Fineman
Joy A. Kruse
Daniel P. Chiplock
Michael J. Miarmi
Douglas I. Cuthbertson
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel.: (212) 355-9500
Fax: (212) 355-9592

1

Richard M. Heimann
Bruce W. Leppla
Sharon M. Lee
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000
Fax: (415) 956-1008

*Counsel for Plaintiffs*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ Roger A. Cooper / with permission
Lewis J. Liman
Roger A. Cooper
Luke A. Barefoot
Elizabeth Vicens
Jared Gerber
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

*Counsel for Defendants Petróleo Brasileiro S.A. –*
*Petrobras, Petrobras Global Finance B.V. (corporate*
*successor to Petrobras International Finance Company*
*S.A.), Petrobras America Inc., Almir Guilherme Barbassa,*
*José Carlos Cosenza, Guillerme de Oliveira Estrella, José*
*Miranda Formigli Filho, and Theodore Marshall Helms*

SO ORDERED

/s/ Jed S. Rakoff
USDJ
10-27-16

2